need to reach the merits of the Board's decision with respect to Beser.

**AFFIRMED**

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**UUSI, LLC, Appellant**

v.

**WEBASTO ROOF SYSTEMS, INC., Appellee**

**2016-1517**

United States Court of Appeals, Federal Circuit.

December 9, 2016

JOSEPH BARBER, Howard & Howard Attorneys, PLLC, Chicago, IL, argued for appellant. Also represented by DANIEL BLISS, GERALD E. MCGLYNN III, Royal Oak, MI.

CHARLES SANDERS, Latham & Watkins LLP, Boston, MA, argued for appellee. Also represented by GABRIEL BELL, GABRIELLE LAHATTE, Washington, DC.

(Dyk, Wallach, and Hughes, Circuit Judges).

**Gloria TREVIÑO, Claimant-Appellant**

v.

**Robert A. MCDONALD, Secretary of Veterans Affairs, Respondent-Appellee**

**2016-1601**

United States Court of Appeals, Federal Circuit.

Decided: December 9, 2016

JOHN E. RICHARDS, Richards & Valdez, Dallas, TX, for claimant-appellant.

IGOR HELMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; JESSICA TANNER, SUSAN BLAUERT, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

Before Moore, Wallach, and Chen, Circuit Judges.